

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00105-CV

**IN THE ESTATE OF** Billye M. **HORMUTH**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2011-PC-4120
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause REMANDED for further proceedings. It is ORDERED that the appellant, Barry Hormuth, recover his costs of this appeal from the appellee, Beverly Haddock as Independent Executrix of the Estate of Billye M. Hormuth, Deceased.

SIGNED September 10, 2014.

Catherine Stone, Chief Justice